[No. 9,846. In Bank.—January 30, 1885.]

THE PEOPLE, EX REL. M. R. LEVERSON ET AL., PETI-
TIONERS, v. THOMAS L. THOMPSON, SECRETARY OF
STATE, RESPONDENT.

MANDAMUS—APPEAL—ORDER—FINAL JUDGMENT.—An order of a Superior
Court refusing a writ of mandate is a final judgment, from which an appeal
may be taken; and as a right of appeal exists, the Supreme Court will not
entertain an original application for the writ.

APPLICATION for a writ of mandamus, compelling the Secre-
tary of State to compare and certify the votes cast at the last
congressional election, in accordance with the law in force in
the state prior to March 13, 1883. At the hearing, it ap-
peared that a petition asking the same relief had been presented
to the Superior Court of the city and county of San Francisco,
and the writ was denied. The other facts appear in the opinion
of the court.

*Attorney General Marshall, M. R. Leverson, and G. W.
Chamberlain,* for Petitioners.

*H. G. Platt,* for Respondent.

The COURT.—An appeal lies to this court from the judgment
rendered in the Superior Court of the city and county of San
Francisco, denying the writ asked for by the relators therein.
That case, as appears from the petition to this court, is the
same as is presented here. Under these circumstances, as the
relators can bring their case here by appeal from the judgment
entered, the writ asked for is denied. We will add here, that
the order of the Superior Court denying the writ in the case be-
fore it is the final judgment in the cause, from which, when
regularly entered, an appeal will lie. Application denied.